IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Mary McGee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:19-cv-2887 |
| | ) | |
| Healthcare Revenue Recovery Group, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

COMES NOW Defendant, Healthcare Revenue Recovery Group, LLC, and hereby requests an extension of four (4) days, up to and including August 7, 2020, to file a reply to Plaintiff's Response to Defendant's Cross Motion for Summary Judgment. Defense counsel makes this request because of a family medical emergency which occurred on August 1, 2020. Plaintiff's counsel consented to this extension.

Respectfully submitted,

/s/ Rebecca S. Verble
Todd A. Lubben, Esq. (MO #54746)
Rebecca S. Verble, Esq. (MO #51226)
Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, MO  63101-2000
Telephone:  314-421-3400
Fax:  314-242-5480
E-Mail: tlubben@bjpc.com
         rverble@bjpc.com

*Counsel for Defendant Healthcare Revenue Recovery Group, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                     */s/ Rebecca S. Verble*

RSV:
23453442.1