## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MARY MCGEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No 4:19-CV-2887-SEP |
| | ) | |
| HEALTHCARE REVENUE RECOVERY | ) | |
| GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW

Attorney Nathan K. Bruns ("Attorney") hereby moves this Court for leave to withdraw as an attorney of record for plaintiff, Mary McGee ("Plaintiff").

1.  Attorney disassociated with the firm of Ross & Voytas, LLC effective August 28 2020.

2.  Richard A. Voytas, Jr. of Ross & Voytas, LLC will continue to represent Plaintiff in this case.

WHEREFORE, Nathan K. Bruns respectfully requests that the Court permit him to withdraw as counsel for Plaintiff and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Nathan K. Bruns
Nathan K. Bruns, #71812MO
bruns_nathan@yahoo.com
1625 Indian Summer Ct.
Fenton, MO 63026
P: (314) 956-9222

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 28th day of August, 2020, with notice of case activity generated and sent electronically to all counsel of record.

                                              /s/ Nathan K. Bruns