# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| MARY MCGEE,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC,<br><br>Defendant. | Case No 4:19-CV-2887-SEP |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Mary Mcgee ("Plaintiff"), by and through her undersigned counsel, and notifies the Court that the parties have reached a settlement that resolves this matter. Plaintiff respectfully requests sixty (60) days, up to and including October 31, 2020 to complete the necessary settlement paperwork, and this matter will thereafter be dismissed.

Respectfully submitted,

**ROSS & VOYTAS, LLC**

By: /s/ Richard A. Voytas
Richard A. Voytas, Jr., #52046 MO
rick@rossvoytas.com
12444 Powerscourt Drive, Ste 370
St. Louis, MO 63131
Phone: (314) 394-0605
Fax: (636) 333-1212

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 1st day of September, 2020, with notice of case activity generated and sent electronically to all counsel of record.

                                                       /s/ Richard A. Voytas, Jr.