# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARY MCGEE, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHCARE REVENUE RECOVERY GROUP, LLC, <br><br> Defendant. | Case No. 4:19-CV-2887-SEP |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Mary McGee, by and through her undersigned counsel, and pursuant to Federal Rule 41(a)(1), hereby dismisses the above-captioned case *with prejudice*; each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**ROSS & VOYTAS, LLC**

/s/ Richard A. Voytas, Jr.
_____

Richard A. Voytas, Jr., Kansas Dist. Court #78770
rick@rossvoytas.com
12444 Powerscourt Drive, Ste 370
St. Louis, MO 63131
Phone: (314) 394-0605
Fax:    (636) 333-1212

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 12th day of October, 2020, with notice of case activity generated and sent electronically to all counsel of record.

/s/ Richard A. Voytas, Jr.